Clain A. Wolf #01859849
Pack One Unit
2400 Wallace Pack R.D.
Navaseta, Texas 77868

March 19, 2015

FILED IN
1ST COURT OF APPEALS
HC

MAR 25 2015

CHRISTOPHER A. PRINE

CLERK _____

Christopher A. Pine Clerk
Court of Appeals Frist District
301 Fannin Street
Housten, Texas 77002-2066

RE: Court of Appeals Number: 01-11-00806-CR thru
01-11-00814-CR
Trial Court Case Number: 1271120 thru 1271128
Style: Clair Audrey Wolf V. The State of Texas

This is to acknowledge your communiction recieved March 13, 2015. The brake Down that you sent to me does Not give A Brake Down of the Amount of Volumes in the Reporter's records, I need this Brake Down because, I only need A Few Volumes of this record. The clerks Does in include the activity Sheet or Docket Sheet that says the Motions my attorney Filed in my Behalf and Any other thing he did in my Behalf. Is there any Disks filed in this case and how many are there. The Briefs in this Record what are they and is there more than one or several in this file? Is the Shipping Foe the same for the whole file or does it change For a pertion of the file or Does it go by the Number of pages in the Documents. Please respond as soon as possible so I can place my order with you Please.

Sincerly
Clain A. Wolf
Clair A. Wolf

CC. Copy

FOREVER

NORTH HOUSTON TX 773

23 MAR 2015 PM 7 L

Clair one unit
PACK ONE UNIT
2400 WALLACE PACK RD.
NAVASOTA, TEXAS 77868

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON. TEXAS

MAR 2 5 2015

CHRISTOPHER A. PRINE
CLERK

ChristoPHia A. PRine Clerk
Court of Appeals
First District
301 FAnnin ST.
Houston, TeXas 77002

7700220666699

LEGAL
MAIL